# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| MIGUEL ANGEL VILLALOBOS, | CASE NO. 12-CV-1386-LAB-BLM |
|---|---|
| Petitioner, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| vs. | |
| MATTHEW CATE, Secretary, | |
| Respondent. | |

    Villalobos filed a habeas petition on June 7, 2012, which was referred to Magistrate Judge Major for report and recommendation pursuant to 28 U.S.C. § 636. Judge Major issued her R&R on March 11, 2013, recommending that Villalobos's petition be denied. She also ordered that any objections to her R&R be filed by April 1, 2013. Villalobos has not filed an objection, however, and this is of substantial consequence.

    "The court shall make a de novo determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. §636(b). Moreover, 28 U.S.C. Section 636(b)(1) does not require some lesser review by the district court when no objections are filed. *Thomas v. Arn*, 474 U.S. 140, 149–50 (1985). The Ninth Circuit has interpreted the language of 28 U.S.C. Section 636(b)(1), and determined that the "statute makes it clear that the district judge must review the magistrate judge's findings and

//

1 recommendations de novo *if objection is made*, but not otherwise." *United States v.*
2 *Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).
3    The Court has reviewed the R&R and finds it to be well-researched, extremely
4 thorough, and correct. Accordingly, the Court **ADOPTS** it.  Villalobos's habeas petition is
5 therefore **DENIED**.
6    **IT IS SO ORDERED**.
7 DATED: May 10, 2013

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge